IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3108 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN XAVIER NICHOLS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Citing a conflict of interest, defendant's appointed counsel, Joel G. Lonowski, has moved for leave to withdraw. (Filing No. 24). Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Joel G. Lonowski, (filing no. 24), is granted. Joel G. Lonowski shall promptly serve defendant with a copy of this order.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

3) New defense counsel shall promptly enter his or her appearance.

DATED this 30th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge