IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3108 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JUSTIN XAVIER NICHOLS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue his plea hearing, currently set for December 30, 2009, because plea negotiations are ongoing. Filing No. 33. The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 33), is granted, and defendant's plea hearing will be held before the undersigned United States district judge on the 3rd day of February, 2010, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 3, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 28th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge