IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| JUSTIN XAVIER NICHOLS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's oral motion for an order requiring the United States Marshal to arrange for travel and furnish funds for the defendant to travel from Lincoln, Nebraska to the city of West Memphis, Arkansas is granted. The United States Marshal shall make travel arrangements and furnish the funds for the defendant to return home from his change of plea hearing scheduled before the undersigned magistrate judge on March 17, 2010, at 2:30 p.m.

DATED this 12th day of March, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge