IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| JUSTIN XAVIER NICHOLS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has been apprehended.

IT IS ORDERED that a status telephone conference between the undersigned and counsel of record is scheduled on Friday, July 16, 2010, at 11:00 a.m. The undersigned's judicial assistant will coordinate the call.

DATED this 12th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge