IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3108 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JUSTIN XAVIER NICHOLS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has been apprehended after failing to appear for sentencing. I conferred with counsel and gave notice that I am considering an enhancement for obstruction of justice. After that, we agreed on a sentencing date. Therefore,

IT IS ORDERED that sentencing will take place on Tuesday, July 20, 2010, at 2:30 p.m.

DATED this 16th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge