AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br>v.<br>**JUSTIN NICHOLS**<br>Date of Previous Judgment: **02/10/2011**<br>*(Use Date of Last Amended Judgment if Applicable)* | )<br>)<br>) Case No: **4:09cr3108-00**<br>) USM No: **23049-04**<br>) **David Stickman, Federal Public Defender**<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **39** months **is reduced to** **25 months** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | **27** | Amended Offense Level: | **23** | |
| Criminal History Category: | **I** | Criminal History Category: | **I** | |
| Previous Guideline Range: | **70** to **87** months | Amended Guideline Range: | **46** to **57** months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
The order terminates filings 95 and 96.

Except as provided above, all provisions of the judgment dated **02/10/2011** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: **10/27/2011**         **s/Richard G. Kopf**
                                    *Judge's signature*

Effective Date: **11/01/2011**      **Richard G. Kopf, U.S. District Judge**
*(if different from order date)*    *Printed name and title*